UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

2006 JUN 22 PM 12: 48

SIGN _____ by DEPUTY CLERK

INDICTMENT FOR CONSPIRACY TO POSSESS WITH THE INTENT
TO DISTRIBUTE AND TO DISTRIBUTE MARIJUANA AND
3,4-METHYLENEDIOXYMETHAMPHETAMINE (MDMA),
ALSO KNOWN AS "ECSTASY," AND FORFEITURE ALLEGATION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-138-FJP-SCR |
| : | |
| VERSUS : | 21 U.S.C. § 846 |
| : | 21 U.S.C. § 853(a) |
| PHI QUOC NGUYEN, also : | 18 U.S.C. § 2 |
| known as ""Phi Con" and "Clyde," and : | |
| TIA TRANG NGUYEN, also : | |
| known as "Shorty" and "Bonnie" : | |

**THE GRAND JURY CHARGES:**

Beginning on an exact date unknown, but in or before September 2005 and continuing until in or about February 2006, in the Middle District of Louisiana, **PHI QUOC NGUYEN, also known as "Phi Con" and "Clyde," and TIA TRANG NGUYEN, also known as "Shorty" and "Bonnie,"** defendants herein, did conspire with each other and others, both known and unknown to the Grand Jury, knowingly and intentionally, to possess with the intent to distribute and to distribute marijuana and 3,4-methylenedioxymethamphetamine (MDMA), also known as "ecstasy," Schedule I controlled substances, which is a violation of

Title 21, United States Code, Section 841(a)(1), and did aid and abet the commission of said conspiracy.

The above is a violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

As a result of the foregoing offense, that is, conspiracy to possess with the intent to distribute and to distribute marijuana and 3,4-methylenedioxymethamphetamine (MDMA), also known as "ecstasy," **PHI QUOC NGUYEN, also known as "Phi Con" and "Clyde,"** and **TIA TRANG NGUYEN, also known as "Shorty" and "Bonnie,"** defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds defendants obtained directly or indirectly as a result of said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violation alleged in this Indictment, included but not limited to the following:

   a. Approximately $126,200 in U.S. currency;

   b. Assorted jewelry having an approximate value of $76,375;

   c. A 2004 Acura, four door sedan, bearing vehicle identification number 19UUA66284A034473;

   d. A .40 caliber Glock semi-automatic pistol, bearing serial number AKL092 along with two magazines; and

   e. Money counters.

The above is pursuant to Title 21, United States Code, Section 853(a).

UNITED STATES OF AMERICA, by

*[signature]*

DAVID R. DUGAS
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

ROBERT W. PIEDRAHITA
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL
REDACTED
PER PRIVACY ACT
_____
GRAND JURY FOREMAN

_____
DATE

# Criminal Cover Sheet                    U.S. District Court

**Place of Offense:**                    Matter to be sealed: ☒ No  ☐ Yes

City           Baton Rouge                    **Related Case Information:**

County/Parish East Baton Rouge            Superseding Indictment _____ Docket Number _____
                                          Same Defendant _____ New Defendant _____
                                          Magistrate Case Number  06-51-M2
                                          Search Warrant Case No. _____
                                          R 20/ R 40 from District of _____
                                          **Any Other Related Cases:** 06-56-JJB-SCR

**Defendant Information:**

Defendant Name    Tia Trang Nguyen
Alias
Address
Birthdate        SS #        Sex        Race        Nationality

**U.S. Attorney Information:**

AUSA    Robert Piedrahita                              Bar # 10989

**Interpreter:** ☒ No  ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
__X__   Already in Federal Custody
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations**

Total # of Counts:  __2__     ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to possess with intent to distribute and to distribute marijuana and 3,4-methylenedioxymethamphetamine | 1 |
| set 2 | 21 U.S.C. 853 | Forfeiture allegation | 2 |
| set 3 | | | |

(May be continued on second sheet)

Date: _____    Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**  **Matter to be sealed:** ☒ No  ☐ Yes

City __Baton Rouge__

**Related Case Information:**

County/Parish __East Baton Rouge__

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number __06-51-M2__
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: __06-56-JJB-SCR__

**Defendant Information:**

Defendant Name __Phi Quoc Nguyen__
Alias
Address
Birthdate    SS #    Sex    Race    Nationality

**U.S. Attorney Information:**

AUSA __Robert Piedrahita__    Bar # __10989__

**Interpreter:** ☒ No  ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
__X__    Already in Federal Custody
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | 21 U.S.C. 846 | Conspiracy to possess with intent to distribute and to distribute marijuana and 3,4-methylenedioxymethamphetamine | 1 |
| set 2 | 21 U.S.C. 853 | Forfeiture allegation | 2 |
| set 3 | | | |

(May be continued on second sheet)

Date: _____    Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____